ACCEPTED
03-15-00232-CR
7802332
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 2:50:55 PM
JEFFREY D. KYLE
CLERK

## 03-15-00232-CR

| | | | |
|---|---|---|---|
| **ALICIA NICOLE PEREZ,** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **Appellant** | § | | |
| **VS.** | § | **THIRD COURT** | 11/12/2015 2:50:55 PM |
| | § | | JEFFREY D. KYLE |
| **STATE OF TEXAS,** | § | **OF APPEALS** | Clerk |
| **Appellee** | | | |

## APPELLANT'S FOURTH MOTION TO EXTEND TIME TO FILE BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Alicia Nicole Perez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. ALICIA NICOLE PEREZ, and numbered CR2012-603

3. Appellant was convicted of possession of a controlled substance.

4. Appellant was assessed probated sentence of four years.

5. Notice of appeal was given on 4/22/2015.

6. The clerk's record was filed on 6/12/2015; the reporter's record was filed on 7/17/2015.

7. The appellate brief was due on 11/2/2015.

8. Appellant requests an extension of time of 10 days to November 12, 2015.

9.    Three prior extensions have been received in this cause.

10.   Defendant is currently free on bond.

11.   Appellant relies on the following facts as good cause for the requested extension:

After working on several issues for the brief, counsel reluctantly determined that it was necessary to revise and file an Anders brief. Such revision, and the preparation of the analysis of the entire record took longer than anticipated. However, the brief is completed, and has been filed on this date.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Fourth Motion To Extend Time to File Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657
susan@schoonlawfirm.com
By:_____
Susan Schoon
State Bar No. 24046803
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2015 a true and correct copy of the

above and foregoing document was served on the District Attorney's Office, Comal

County, Texas by email to preslj@co.comal.tx.us.

Susan Schoon